**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Jenna L. Gavenman (State Bar No. 348510)
Joshua R. Wilner (State Bar No. 353949)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
         jgavenman@bursor.com
         jwilner@bursor.com
         jglatt@bursor.com

**SINDERBRAND LAW GROUP, P.C.**
Greg Sinderbrand (State Bar No. 179586)
5805 Sepulveda Blvd. #801
Sherman Oaks, CA 91403
Telephone: (818) 370-3912
E-mail: greg@sinderbrandlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FONTAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>DUPLEX INTERNATIONAL TRADING LIMITED and PROJECT E BEAUTY, LLC.,<br><br>    Defendants. | Case No. 3:24-cv-02167-AMO<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DUPLEX INTERNATIONAL TRADING LIMITED ONLY**<br><br>Hon. Araceli Martínez-Olguín |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff David Fontan hereby voluntarily dismisses without prejudice his claims against Duplex International Trading Limited **only**. Plaintiff is **not** dismissing his claims against Project E Beauty, LLC.

Dated: September 17, 2024	**BURSOR & FISHER, P.A**.

By:     */s/ L. Timothy Fisher*
             L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Jenna L. Gavenman (State Bar No. 348510)
Joshua R. Wilner (State Bar No. 353949)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
             jgavenman@bursor.com
             jwilner@bursor.com
             jglatt@bursor.com

**SINDERBRAND LAW GROUP, P.C.**
Greg Sinderbrand (State Bar No. 179586)
5805 Sepulveda Blvd. #801
Sherman Oaks, CA 91403
Telephone: (818) 370-3912
E-mail: greg@sinderbrandlaw.com

*Attorneys for Plaintiff*